# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gustavo Lourido-Vidal, | Civil No. 12-499 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Scott P. Fisher, Warden, | |
| Respondent. | |

Gustavo Lourido-Vidal, #3297-069-K2, F.C.I. Sandstone, P.O. Box 1000, Sandstone, MN 55072; and

Gregory G. Brooker and D. Gerald Wilhelm, United States Attorney's Office, 300 S 4th Street, Suite 600, Minneapolis, MN 55415.

Plaintiff filed a notice indicating that he will not be filing objections to the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 14, 2013 [ECF No. 11 ], and wishes to withdraw his petition and abandon this action. ECF No. 12.

Therefore, based upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED that:

1. Petitioner's request to serve Requests for Admission on Respondent is denied;

2. Petitioner's objections to Respondent's Declarations and Attachments is denied; and

3. The habeas petition is denied and dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date:  July 17, 2013                            s/Patrick J. Schiltz
                                                Patrick J. Schiltz
                                                United States District Judge